IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL L. JOHNSON, | : | Case No. 1:20-cv-157 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| BRYAN LAWLESS, | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS (DOCS. 9, 15) AND DENYING MOTION TO AMEND (DOC. 13)**

The Court has reviewed the Reports and Recommendations (Docs. 9, 15) of Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). Magistrate Judge Litkovitz recommends that the Court deny Plaintiff Michael L. Johnson's motion to amend and dismiss with prejudice Johnson's complaint, with the exception of the Eighth Amendment excessive-force claims and First Amendment retaliation claims. (Docs. 9, 15.) Johnson objected (Doc. 19), albeit in an untimely manner, to Magistrate Judge Litkovitz's Reports & Recommendations, which are ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon such review, the Court finds that Johnson's Objections (Doc. 19) are not well-taken and are accordingly **OVERRULED**. The Court **ADOPTS** the Reports and Recommendations (Docs. 9, 15) in

their entirety. Accordingly, the motion to amend (Doc. 13) is **DENIED** and the complaint (Doc. 8) is **DISMISSED WITH PREJUDICE**, with the exception of Plaintiff's Eighth Amendment excessive-force claims and First Amendment retaliation claims against Defendant Lawless.

    **IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND