IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| MICHAEL L. JOHNSON, | : | Case No. 1:20-cv-157 |
| | : | |
| Plaintiff, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| BRYAN LAWLESS, | : | |
| | : | |
| Defendant. | : | |

**ORDER ADOPTING REPORTS AND RECOMMENDATIONS (Docs. 73, 87)**

The Court has reviewed the Reports and Recommendations (Docs. 73, 87) of Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). No objections have been filed. The time for filing such objections under Fed. R. Civ. P. 72(b) has expired. After a de novo review, the Court **ADOPTS** the Reports and Recommendations in their entirety. Accordingly, the motion to dismiss (Doc. 68) is **DENIED** as moot and the motion for summary judgment (Doc. 62) is **DENIED WITHOUT PREJUDICE** to refile once Defendant complies with the Court's January 24, 2022 Order.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND